**Order entered March 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00862-CV

**DEBORAH ANN PRUITT, Appellant**

**V.**

**DOROTHY JEAN MULCIHY HYDE, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-01834-B**

### ORDER

Before the Court is appellant's February 28, 2022 motion requesting the Court impose sanction on the court reporter for failure to file the reporter's record. The reporter's record was filed on March 3, 2022. We **DENY** appellant's motion.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE